**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Eliazar E. Rodriguez, <br> *Plaintiff*, | § § § | |
| v. | § § | Civil Action H-20-2563 |
| Kilolo Kijakazi, <br> Acting Commissioner of the Social <br> Security Administration, <br> *Defendant*. | § § § § § | |

**ORDER OF ADOPTION**

On November 29, 2021, Magistrate Judge Peter Bray recommended that Eliazar E. Rodriguez's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. (D.E. 22.) No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed at Houston, Texas, on January 4, 2022.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE